**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Noman Akhtar
                              Plaintiff,

v.                                                  Case No.: 1:11–cv–00876
                                                   Honorable Joan H. Lefkow

Eric H. Holder Jr., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 15, 2011:

       MINUTE entry before Honorable Joan H. Lefkow:Pursuant to Stipulation to Dismiss [14], case dismissed with prejudice. Status hearing of 5/19/2011 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.